# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TUMININU J. OLUYOLE,** | ) |
| **Plaintiff,** | ) |
| v. | ) 8:15CV27 |
| **YAHOO!, INC.,** | ) ORDER |
| **Defendant.** | ) |

This court's order dated May 12, 2016 (Filing No. 50) granted Defendant's reasonable fees and expense incurred in filing its motion to compel, pursuant to Federal Rules of Civil Procedure Rule 37(a)(5)(A). The parties timely filed a Joint Stipulation for Payment of Defendant's Attorney Fees and Costs (Filing No. 51), as ordered by this court. The court has reviewed the joint stipulation and finds the stipulated amount of $1,450.00 for attorney fees and costs is reasonable. Accordingly,

**IT IS ORDERED:**

1. The Joint Stipulation for Payment of Defendant's Attorney Fees and Costs (Filing No. 51) is granted.

2. Plaintiff shall submit payment to Defendant in the amount of $1,450.00 via check payable to the order of "Yahoo!, Inc." and delivered to counsel for Defendant within thirty days of the date of this Order.

**DATED: May 27, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**