IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TUMININU J. OLUYOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>YAHOO!, INC.,<br><br>    Defendant. | Case No. 8:15-cv-27<br><br>**ORDER** |

This matter is before the Court on the Defendant Yahoo!, Inc.'s unopposed Motion to Amend the Progression Order ("Motion") *[Doc. No. 62]*, to extend the trial date from the week of June 20, 2017, to late July 2017 or August 2017, or until such time as deemed reasonable by the Court.  The Court, being fully advised in the premises, finds good cause to amend the Progression Order to extend the current trial date.

**IT IS ORDERED:**

1. The unopposed Motion is granted, and that the Progression Order *[Doc. No. 60]* shall be amended.

2. The pretrial conference is reschedule to **July 21, 2017, at 11:00 a.m.**, before the assigned magistrate judge.

3. The trial before Chief Judge Laurie Smith Camp is rescheduled to the week of **August 15, 2017**.

Dated this 14th day of November, 2016.

**BY THE COURT:**

s/F.A. Gossett, III
United States Magistrate Judge