IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TUMININU J. OLUYOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 8:15-cv-27<br><br>ORDER |

This matter is before the Court on Defendant's Unopposed Motion ("Motion") *[Doc. No. 76]* to amend the Court's Second Amended Order Setting Final Schedule for Progression of Case ("Progression Order") *[Doc. No. 73],* by extending the following deadlines: Depositions: May 16, 2017; Motions for Summary Judgment: June 1, 2017; and Pretrial Disclosures of Nonexpert Witnesses and Trial Exhibits: August 18, 2017. The Court, being fully advised in the premises of the pending Motion, finds good cause to amend the Progression Order to extend the foregoing deadlines. Accordingly,

**IT IS ORDERED:** that the Defendant's unopposed Motion (#76) is granted, and that the Progression Order *[Doc. No. 73]* shall be amended to extend the following deadlines:

    Deposition Deadline: **May 16, 2017**;

    Motions for Summary Judgment: **June 1, 2017**;

    Pretrial Disclosures of Nonexpert Witnesses and Trial Exhibits: **August 18, 2017**.

All other deadlines set forth in the Court's Progression Order (#73), shall remain unchanged.

Dated this 31st day of March, 2017.

                                            BY THE COURT:

                                            s/F.A. Gossett, III
                                            United States Magistrate Judge